UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:06-CR-393-KJD-LRL |
| vs. | ) |
| GARY VAN HAVERMAET | ) |
| Defendant. | ) |



## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#109), sentencing held on July 30, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| Payee | Amount |
|---|---|
| BRETT DANYLUK | 23,697.00 |
| CANDACE MAXEY | 12,495.00 |
| CHARLES SMITH | 12,848.40 |
| CHARLIE AND LAURA FLOYD | 19,595.00 |
| CONRAD AND DAETTE CORONA | 8,745.00 |
| DALE AND MARY CURTIS | 18,297.00 |
| DAVID SKATES | 8,495.00 |
| JAY AND EVANGELINE RHODES | 21,318.38 |
| JELYN DELARA | 8,745.00 |
| JOSEPH POLIMENI | 12,495.00 |
| LUZE ELENA SANCHEZ | 1,072.99 |

| | |
|---|---:|
| PAMELA SCHNEIDER | 8,745.00 |
| REY FULGENCIO | 10,875.00 |
| ROY AND MARLYS DALEY | 23,739.42 |
| SCOTT PATTI | 23,264.00 |
| STEVE WALTER | 9,675.00 |
| TERRY SMITH | 8,495.00 |
| VERNON TALLANT | 1,233.43 |

**Total Amount of Restitution ordered: $233,830.62**

Dated this \_\_\_8th\_\_\_ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE